# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☐ MAGISTRATE  ☑ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: **US** V.S. **Norman Wimberly**

FOR AT: **FILED JAN 23 2008 MARTIN C. ASHMAN UNITED STATES MAGISTRATE JUDGE UNITED STATES DISTRICT COURT**

PERSON REPRESENTED (Show your full name): **Norman Eugene Wimberly**

- ☑ 1 Defendant—Adult
- ☐ 2 Defendant - Juvenile
- ☐ 3 Appellant
- ☐ 4 Probation Violator
- ☐ 5 Parole Violator
- ☐ 6 Habeas Petitioner
- ☐ 7 2255 Petitioner
- ☐ 8 Material Witness
- ☐ 9 Other

LOCATION NUMBER: 

DOCKET NUMBERS
- Magistrate: 
- District Court: **08 CR 55-1**
- Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →): **21 USC 846**  ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ **less than $1,000**
- IF NO, give month and year of last employment. How much did you earn per month? $ —
- If married is your Spouse employed? ☐ Yes  ☑ No  **disability**
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ **8-9,000** — **jobs re: music related**

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☑ No  IF YES, state total amount $ **305 — taken from**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: 
  - VALUE **5,000**  DESCRIPTION **Car 1985 Buick**
  - **7,000**  **Car 77 Cutlass**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **1**
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: **none**
- Creditors / Total Debt / Monthly Paymt.: _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **1/23/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): **Norman Wimberly**