# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 - 1 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Norman Wimberly | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing and detention hearing held on 1/29/2008. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Detention hearing continued to 2/7/2008 at 11:00 a.m.

Docketing to mail notices.

00:35

| | Courtroom Deputy Initials: | IS |
|---|---|---|