*Felony* *CAT 0*

MAGISTRATE JUDGE ASHMAN

JUDGE RONALD GUZMAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

JN FEB 2008
FEB 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO  YES X  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **08 CR 55**  United States of America v. Norman Wimberly, Terry Wimberly, and Dontavis Williams  *Ashman*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?                                                              NO X      YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?           NO X      YES ☐

6) What level of offense is this indictment or information?                                       FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?                          NO X       YES ☐

8) Does this indictment or information include a conspiracy count?                                NO ☐       YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)            ☐ Income Tax Fraud ......... (II)         ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)        ☐ Postal Fraud ............ (II)          ☐ Miscellaneous General Offenses ... (IV)
   ☐ Bank robbery ......... (II)           ☐ Other Fraud .......... (III)            ☐ Immigration Laws ......... (IV)
   ☐ Post Office Robbery .... (II)         ☐ Auto Theft .......... (IV)              ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)           ☐ Transporting Forged Securities . (III)  X Food & Drug Laws ......... (IV)
   ☐ Assault ............. (III)           ☐ Forgery .......... (III)                ☐ Motor Carrier Act ........ (IV)
   ☐ Burglary ............ (IV)            ☐ Counterfeiting ......... (III)          ☐ Selective Service Act ....... (IV)
   ☐ Larceny and Theft ..... (IV)          ☐ Sex Offenses ......... (II)             ☐ Obscene Mail ........ (III)
   ☐ Postal Embezzlement .... (IV)         ☐ DAPCA Marijuana ........ (III)          ☐ Other Federal Statutes ........ (III)
   ☐ Other Embezzlement ..... (III)        ☐ DAPCA Narcotics ........ (III)          ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

21 U.S.C. § 846 - 2 counts

MICHAEL J. FERRARA
Assistant United States Attorney

(Revised 12/99)