Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 - ALL | **DATE** | 2/20/2008 |
| **CASE TITLE** | USA vs. Norman Wimberly, Terry Wimberly, Dontavis Williams | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendants informed of their rights. Defendants waive formal reading of the Indictment and enter plea(s) of not guilty to all count(s).  Rule 16 conference to be held by 02/27/08. Pretrial motions are due by 03/06/08. Response to be filed by 03/13/08. Status hearing set for 03/18/08 at 10:30 a.m before Judge Guzman.  Time to be excluded from 02/20/08 to and including 03/18/08 pursuant to 18 U.S.C. 3161(h)(1).  Defendants to remain in custody until further order of the Court.     (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|