IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>NORMAN WIMBERLY, ET. AL.,  )<br>  )<br>Defendant  ) | No. 1:08-CR-00055-1<br>Honorable Judge Guzman<br>Magistrate Judge Ashman |

**AGREED MOTION TO EXTEND TIME FOR ALL DEFENDANTS
TO FILE THEIR PRE-TRIAL MOTIONS**

Defendant, NORMAN WIMBERLY ("Mr. Wimberly"), by and through his undersigned attorney, Michael I. Leonard, respectfully moves this Court, *by agreement*, for the entry of an Order extending the time for all Defendants to file their pre-trial motions, from March 6, 2008 to March 25, 2008. In support of this Motion, Mr. Wimberly states as follows:

1. On February 20, 2008, Magistrate Judge Nolan (in place of Magistrate Ashman) entered an Order requiring, *inter alia*, Defendants to file their pre-trial motions on or before March 6, 2008.

2. However, because the lead AUSA assigned to this case was on trial, Defendants did not receive the Government's discovery materials until on or about March 3, 2008. Moreover, those discovery materials include tapes and other materials which will require painstaking review and analysis.

3. Counsel for Mr. Wimberly has conferred with the Government and it has no objection to this Motion, or to the requested extension of time.

**WHEREFORE**, Defendant, Norman Wimberly, by his undersigned counsel, respectfully requests the entry of an Order granting all Defendants up to and including March 25, 2008 to file their pre-trial motions, and for such other and further relief as is appropriate under the circumstances.

**Respectfully Submitted,**

By: /s/ Michael I. Leonard
**Attorney for Defendant Norman Wimberly**

Michael I. Leonard
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)
Dated: March 6, 2008
N:\shared\leonardM\Wimberly-EXTENDTIME.doc