IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:08-CR-00055-1 |
| | ) | Honorable Judge Guzman |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| NORMAN WIMBERLY, ET. AL., | ) | |
| | ) | |
| Defendant | ) | |

<u>NOTICE OF MOTION</u>

To:   All counsel of record

   PLEASE TAKE NOTICE that on **Tuesday, March 11, 2008 at 9:30 am** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Guzman, Room 1219 or the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge of the United States District Court for the Northern District of Illinois Eastern Division, as may be sitting in her place and stead, and will then and there present the following *AGREED* **MOTION TO EXTEND TIME FOR ALL DEFENDANTS TO FILE THEIR PRE-TRIAL MOTIONS**, a copy of which is attached hereby served upon you.

                                    Respectfully Submitted,


                 By:   /s/ Michael I. Leonard
                       Attorney for Defendant Norman Wimberly

Michael I. Leonard
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)
Dated: March 6, 2008

<u>**CERTIFICATE OF SERVICE**</u>

   I, Michael Leonard, an attorney, certify that on **March 6, 2008** I caused a copy of the above referenced document to be served on the attorney(s) of record via the court's ECF electronic filing system.

                       */s/ Michael I. Leonard*
                       Michael I. Leonard

N:\shared\leonardM\Wimberly-NOM.doc