# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                 Case No.: 1:08−cr−00055
                                                 Honorable Ronald A. Guzman

Norman Wimberly, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Agreed motion by Norman Wimberly to Extend Time for All Defendants to File Their Pre−Trial Motions [26] is granted to and including 3/25/08. Status hearing set for 3/18/08 is reset to 4/15/2008 at 10:30 AM. on Court's own motion. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.