IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:08-CR-00055-1 |
| ) | |
| ) | Honorable Judge Guzman |
| ) | Magistrate Ashman |
| NORMAN WIMBERLY, et. al., ) | |
| ) | |
| Defendants. ) | |

**NORMAN WIMBERLY'S MOTION TO COMPEL THE GOVERNMENT TO SEEK ADMISSION OF ANY 404(B) EVIDENCE AT LEAST 60 DAYS PRIOR TO TRIAL**

Defendant, NORMAN WIMBERLY ("Mr. Wimberly"), by and through his undersigned attorney, respectfully moves this Court for the entry of an Order directing the Government to file a proffer, or otherwise seek the admission of its Rule 404(b) evidence, at least sixty (60) days prior to trial. In support of this Motion, Mr. Wimberly states as follows:

1. Rule 404(b) specifically requires the Government to provide reasonable notice of its "bad act" evidence sufficiently in advance of trial. One of the purposes of such timely pre-trial notice is to "reduce surprise and promote early resolution on the issue of admissibility." *See* Fed.R.Evid. 404(b), Notes of Committee on the Judiciary, Senate Report No. 93-1277.

2. This action will require a great deal of pre-trial activities leading up to the trial of this action.

3. In addition, the Government has been investigating this case for a significant period of time years and has already assembled and its documents and recordings, and may produce additional documents and recordings.

4. Thus, Mr. Wimberly's request is reasonable and necessary to allow him to fully and meaningfully prepare his defense. It will provide him with the opportunity to adequately seek to exclude any or all such 404(b) evidence, and thereafter to investigate and prepare for the introduction of such evidence – in the event this Court rules that such evidence will be allowed.

5. In light of the time that the Government has spent investigating Mr. Wimberly and his co-Defendants, the request that the Government disclose such evidence at least sixty (60) days prior to trial is more than reasonable.

**WHEREFORE**, Defendant, Norman Wimberly, by his undersigned counsel, respectfully request the entry of an Order directing the Government to file a proffer, or otherwise seek the admission of its Rule 404(b) evidence, at least sixty (60) days prior to trial, and for such other and further relief as is appropriate under the circumstances.

Respectfully Submitted,

By: /s/ *Michael I. Leonard*
Attorney for Defendant Norman Wimberly

Michael I. Leonard
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)
Dated: April 2, 2008

## CERTIFICATE OF SERVICE

I, Michael I. Leonard, an attorney, certify that on April 2, 2008 I caused a copy of Norman Wimberly's Motion to Compel the Government to Seek Admission of Any 404 (B) Evidence at Least 60 Days Prior to Trial, to be served on the attorney(s) of record through the Court's ECF filing and notice system on April 2, 2008.

                              Respectfully Submitted,

**By:**   /s/ *Michael I. Leonard*
          Michael I. Leonard