IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:08-CR-00055-1 |
| ) | |
| ) | Honorable Judge Guzman |
| ) | Magistrate Ashman |
| NORMAN WIMBERLY, et. al., ) | |
| ) | |
| Defendants. ) | |

### NORMAN WIMBERLY'S MOTION FOR PRETRIAL PRODUCTION OF CHARTS, SUMMARIES, AND CALCULATIONS

Defendant, Norman Wimberly ("Mr. Wimberly), by and through his undersigned attorney, pursuant to Rule 1006 of the Federal Rules of Evidence, Rule 16(a)(1)(C)-(E) of the Federal Rules of Criminal Procedure, and the Fifth and Sixth Amendments to the United States Constitution, respectfully moves this Court for the entry of an Order directing the Government to produce the final versions of any charts, summaries, or calculations that it intends to use at trial, at least sixty (60) days prior to trial. In support of this Motion, Mr. Wimberly states as follows:

1. Production of the final versions of the Government's charts, summaries, and calculations at least sixty (60) days prior to trial is necessary so that Mr. Wimberly and his counsel are afforded sufficient time to assess and counter such evidence, and possibly retain experts or compile their own charts, summaries, or calculations in response. *See, e.g., United States v. Wirsing*, 719 F.2d 859 (8th Cir. 1983) (reversing where defendant was not provided with calculations in time to retain expert witnesses and examine summaries for error).

**WHEREFORE**, Defendant, Norman Wimberly, by his undersigned counsel, respectfully requests the entry of an Order directing the Government to produce the final version of any charts, summaries, or calculations that it intends to use at trial, at least sixty (60) days prior to trial, and for such other and further relief as is appropriate under the circumstances.

                                      Respectfully Submitted,

**By:**    /s/ *Michael I. Leonard*
              Attorney for Defendant Norman Wimberly

Michael I. Leonard
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)
Dated: April 2, 2008

## CERTIFICATE OF SERVICE

I, Michael I. Leonard, an attorney, certify that on April 2, 2008 I caused a copy of Norman Wimberly's Motion for Pretrial Production of Charts, Summaries, and Calculations, to be served on the attorney(s) of record through the Court's ECF filing and notice system on April 2, 2008.

Respectfully Submitted,

**By:**   /s/ *Michael I. Leonard*
         Michael I. Leonard