IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| v. ) | No. 1:08-CR-00055-1 |
| ) | Honorable Judge Guzman |
| ) | Magistrate Ashman |
| NORMAN WIMBERLY, et. al., ) | |
|         Defendants. ) | |

## NORMAN WIMBERLY'S *AGREED* MOTION FOR LEAVE TO FILE PRE-TRIAL MOTIONS, *INSTANTER*

Defendant, NORMAN WIMBERLY ("Mr. Wimberly"), by and through his undersigned attorney, respectfully moves this Court, *by agreement*, for the entry of an Order granting him leave to file his pre-trial Motions, *instanter*. In support of this Motion, Mr. Wimberly states as follows:

1. Pursuant to this Court's Order, Mr. Wimberly was required to file his pre-trial Motions on or before March 25, 2008. Because of his involvement in other cases, Mr. Wimberly's counsel was unable to meet that deadline.

2. Mr. Wimberly conferred with the AUSA assigned to this matter, Mr. Ferrara, who indicated that he has no objection to the late filing of Mr. Wimberly's Motion or to this Motion.

3. Accordingly, Mr. Wimberly has filed, simultaneous with this Motion, his pre-trial Motions. No party will be prejudiced by this Motion and it is not interposed for any improper purpose.

**WHEREFORE**, Defendant, Norman Wimberly, by his undersigned counsel, respectfully requests the entry of an Order granting him leave to file, *instanter*, his pre-trial Motions, and for such other and further relief as is appropriate under the circumstances.

                                              Respectfully Submitted,

By:   /s/ *Michael I. Leonard*
           Attorney for Defendant Norman Wimberly

Michael I. Leonard
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)
Dated: April 2, 2008

**CERTIFICATE OF SERVICE**

    I, Michael I. Leonard, an attorney, certify that on April 2, 2008 I caused a copy of Norman Wimberly's Agreed Motion for Leave to File Pre-Trial Motions, Instanter, to be served on the attorney(s) of record through the Court's ECF filing and notice system on April 2, 2008.

                                          Respectfully Submitted,

**By:**    /s/ *Michael I. Leonard*
             Michael I. Leonard