UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 55 |
| v. ) | |
| ) | Honorable Ronald A. Guzman |
| NORMAN WIMBERLY, et. al. ) | |

**GOVERNMENT'S CONSOLIDATED RESPONSE TO**
**DEFENDANT NORMAN WIMBERLY'S PRETRIAL MOTIONS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits the following consolidated response to defendant Norman Wimberly's pretrial motions. In support thereof, the government responds as follows:

1. **Norman Wimberly's Motion to Sever for Purposes of Trial**

While the government does not concur with the grounds for a severance set forth in the defendant's motion, the government has no objection to the relief sought. In the event that the Court orders a severance in this matter, the Government respectfully requests the ability to select which defendant(s) shall proceed to trial first.

2. **Norman Wimberly's Motion for Disclosure of Confidential Sources**

The government has not formulated the intent to call either of the confidential sources as trial witnesses in this case. However, consistent with the letter addressing Federal Rule of Criminal Procedure 16 and Local Criminal Rule 16.1 tendered previously to the defendant , the government will disclose trial witnesses and exhibits no later than two weeks prior to trial, and will provide all material pursuant to 18 U.S.C. § 3500 no later than two weeks before trial. In the event that the confidential sources in this case are to be called as trial witnesses, the government will disclose the

identities of these witnesses consistent with the Rule 16.1 letter, or on any other such schedule set by the Court.

3. **Norman Wimberly's Motion for an Order Directing the Government to Preserve and Produce Agent Notes**

The government has already instructed it's agents to preserve any notes prepared in the investigation of this matter. The government has no objection to producing these notes pursuant to a schedule set by the Court.

4. **Norman Wimberly's Motion for Pretrial Production of Charts, Summaries, and Calculations**

Consistent with the Federal Rule of Criminal Procedure 16 and Local Criminal Rule 16.1 letter tendered previously to the defendant, the government will disclose trial witnesses and exhibits, including charts, summaries and calculations, no later than two weeks prior to trial, or any other such schedule as established by the Court.

5. **Norman Wimberly's Motion to Compel the Government to Seek Admission of any 404(b) Evidence At Least 60 Days Prior to Trial**

Consistent with the Federal Rule of Criminal Procedure 16 and Local Criminal Rule 16.1 letter tendered previously to the defendant, the government will disclose any evidence it intends to offer pursuant to Fed. Rule of Evidence 404(b) no later than one week prior to trial, or any other schedule as set by the court.

6. **Norman Wimberly's Motion for Early Production of Exculpatory and Impeaching Information**

Consistent with the Federal Rule of Criminal Procedure 16 and Local Criminal Rule 16.1 letter tendered previously to the defendant, the government will disclose any impeaching information no later than two weeks prior to trial, or any other schedule as set by the court. Should

any exculpatory information regarding any of the three defendants in this case become known to the government, such information will be produced to all defendants as soon as it becomes available.

7. **Norman Wimberly's Motion for Disclosure by the Government of its Testifying Expert Witnesses, and Production of Reports Containing Their Opinions, Qualifications, and Testimonial Experience**

Consistent with the Federal Rule of Criminal Procedure 16 and Local Criminal Rule 16.1 letter tendered previously to the defendant, the government will disclose all trial witnesses and exhibits no later than two weeks prior to trial, and will provide all material pursuant to 18 U.S.C. § 3500 no later than two weeks before trial. In the event that any expert witnesses are to be called as trial witnesses in this case, the government will tender all reports, opinions, qualifications, and testimonial experience no later than two weeks prior to trial, or on any other schedule deemed appropriate by the Court.

        Respectfully submitted,
        PATRICK J. FITZGERALD
        United States Attorney

By:    s/ Michael J. Ferrara
        MICHAEL J. FERRARA
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 886-7649

Dated: April 22, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 55 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| NORMAN WIMBERLY, et. al. | ) | |

**CERTIFICATE OF SERVICE**

It is hereby certified that on April 22, 2008, I caused copies of the GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT NORMAN WIMBERLY'S PRETRIAL MOTIONS to be served upon:

MICHAEL I. LEONARD
Heckler Bulger & Wilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

by sending the same via messenger service to the above address, on said date on or before 5:00 p.m.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Michael J. Ferrara
MICHAEL J. FERRARA
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-7649

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 55 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| NORMAN WIMBERLY, et. al. | ) | |

**NOTICE OF FILING**

TO:   MICHAEL I. LEONARD
      Heckler Bulger & Wilson, LLP
      123 North Wacker Drive, Suite 1800
      Chicago, IL 60606

   Please take notice that on this 22nd day of April, 2008, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT NORMAN WIMBERLY'S PRETRIAL MOTIONS.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                     By:   s/Michael J. Ferrara
                           MICHAEL J. FERRARA
                           Assistant United States Attorney
                           219 South Dearborn, 5th Floor
                           Chicago, Illinois 60604
                           (312) 886-7649