UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 55 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| NORMAN WIMBERLY, et. al. | ) | |

## NOTICE OF FILING

TO: MICHAEL I. LEONARD
Heckler Bulger & Wilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

Please take notice that on this 22nd day of April, 2008, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT NORMAN WIMBERLY'S PRETRIAL MOTIONS.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Michael J. Ferrara
MICHAEL J. FERRARA
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-7649