UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 55 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| NORMAN WIMBERLY, et. al. | ) | |

**NOTICE OF FILING**

TO:  THOMAS MORE LEINENWEBER
    Leinenweber & Baroni, LLC
    321 South Plymouth Court, Suite 1515
    Chicago, IL 60604

Please take notice that on this 22nd day of April, 2008, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT DONTAVIS WILLIAMS' PRETRIAL MOTIONS.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Michael J. Ferrara
    MICHAEL J. FERRARA
    Assistant United States Attorney
    219 South Dearborn, 5th Floor
    Chicago, Illinois 60604
    (312) 886-7649

7