IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **No. 1:08-CR-00055-1** |
| ) | |
| ) | **Honorable Judge Guzman** |
| ) | **Magistrate Ashman** |
| **NORMAN WIMBERLY, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**AGREED MOTION TO WAIVE DEFENDANT NORMAN WIMBERLY'S PERSONAL
APPEARANCE AT THE MAY 16, 2008 STATUS CONFERENCE**

1. Mr. Wimberly was recently released from custody, pending trial, by Magistrate Ashman after Mr. Wimberly's parents posted their home as collateral.

2. However, Mr. Wimberly resides in Columbus, Georgia (as do his parents). Accordingly, pre-trial services encompassing that federal judicial district is supervising Mr. Wimberly while on pre-trial release. The terms of Mr. Wimberly's release require him to, *inter alia*, attend court hearings.

3. This matter is set for a status hearing on May 16, 2008 before this Court.

4. Mr. Wimberly respectfully requests that his personal appearance before this Court on May 16, 2008 be waived. Mr. Wimberly's appearance on May 16, 2008 is in no way material to this action.[1] Moreover, Mr. Wimberly is essentially indigent and it would be a great burden to him to pay to travel to and from Chicago for the scheduled status hearing. In addition, Mr. Wimberly would likely have to travel by bus or train, which would take nearly a full day, roundtrip.

5. Counsel for Mr. Wimberly has conferred with AUSA Michael Ferrara, and the Government has no objection to this Motion.

---

[1] If this Court were to find that it is essential for Mr. Wimberly to participate on May 16, 2008, counsel alternatively suggests that Mr. Wimberly be allowed to participate by phone.

WHEREFORE, Defendant, Norman Wimberly, by his undersigned counsel, respectfully requests the entry of an Order waiving his personal appearance before this Court on May 16, 2008, and for such other and further relief as is appropriate under the circumstances.

                                      Respectfully Submitted,

**By:**    /s/ *Michael I. Leonard*
             Attorney for Defendant Norman Wimberly

Michael I. Leonard
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)
Dated: May 13, 2008

## CERTIFICATE OF SERVICE

I, Michael I. Leonard, an attorney, certify that on May 13, 2008 I caused a copy of **Agreed Motion to Waive Defendant Norman Wimberly's Personal Appearance at the May 16, 2008 Status Conference**, to be served on the attorney(s) of record through the Court's ECF filing and notice system on  May 13, 2008.

                                      Respectfully Submitted,

**By:**    /s/ *Michael I. Leonard*
             Michael I. Leonard