UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:08−cr−00055
                                            Honorable Ronald A. Guzman

Norman Wimberly, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

   MINUTE entry before Judge Honorable Ronald A. Guzman as to Norman Wimberly, Terry Wimberly, Dontavis Williams: Status hearing set for 5/16/08 is reset to 5/19/2008 at 10:30 AM. on Court's own motion. Defendant Norman Wimberly's presence is waived. Mailed notice (cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.