## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 - 1 | **DATE** | 5/19/2008 |
| **CASE TITLE** | USA vs. NORMAN WIMBERLY | | |

**DOCKET ENTRY TEXT**

**Status hearing held. Motion by Norman Wimberly to sever defendant for Purposes of Trial [30] is granted. Jury trial set for 10/14/08 at 9:00 a.m. Oral motion of government to exclude time is granted. In the interest of justice, time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). (X-T1)**

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|