IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 1:08-CR-00055-1 |
| | ) | |
| | ) | **Honorable Judge Guzman** |
| | ) | **Magistrate Ashman** |
| **NORMAN WIMBERLY, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT NORMAN WIMBERLY'S MOTION TO RE-SET HIS TRIAL DATE

Defendant, Norman Wimberly ("Mr. Wimberly"), by his undersigned counsel, moves this Court for the entry of an Order re-setting the trial date for Mr. Wimberly. In support of this Motion, Mr. Wimberly states as follows:

1. At the most recent status hearing before this Court (May 19, 2008), this Court set Mr. Wimberly's case for trial – to begin on **October 14, 2008**. This Court also set Mr. Wimberly's co-Defendants for trial in early September, 2008.

2. Mr. Wimberly's counsel was not present at that May 19 status hearing (which had been moved to that May 19 date by this Court the week before) because he was attending a mediation in Monroe, Louisiana in a state court action brought in that State.

3. Mr. Wimberly's counsel provided his associate who attended that May 19 status hearing with his trial schedule. Unfortunately, that associate (who is not a Federal Defender Panel member and who does not handle criminal matters) failed to inform this Court that Mr. Wimberly's counsel already had a trial date set before Judge Kendall for **October 14, 2008** in the matter of *United States v. John Froelich, et. al.* Mr. Wimberly represents defendant Paul Kocurek in that matter. That trial is expected to last 4 to 6 weeks.

4. Accordingly, Mr. Wimberly's counsel apologizes to this Court and requests that a different date be set for Mr. Wimberly's trial.

5. Mr. Wimberly's counsel has conferred with counsel for the co-defendants in this action, but they are unable to simply switch the order of trial in this case because of other trial committments.

6. However, Mr. Wimberly's counsel has also conferred with AUSA Michael Ferrara, who is handling this action. Mr. Ferrara indicated that he could try Mr. Wimberly's case before this Court during the week of August 25, 2008, if that date is convenient for this Court. Mr. Wimberly's counsel would also be available to try this matter during that week.

7. Accordingly, Mr. Wimberly's counsel respectfully requests that this Court re-set his trial to the week of August 25, 2008, or to such other dates as is most convenient for this Court.

**WHEREFORE**, Defendant, Norman Wimberly, by his undersigned counsel, respectfully requests the entry of an Order re-setting his trial date, and for such other and further relief as is appropriate under the circumstances.

Respectfully Submitted,

**By:** /s/ *Michael I. Leonard*
Attorney for Defendant Norman Wimberly

Michael I. Leonard
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)
Dated: May 23, 2008

**CERTIFICATE OF SERVICE**

    I, Michael I. Leonard, an attorney, certify that on May 23, 2008 I caused a copy of Norman Wimberly's Motion to Re-Set His Trial Date, to be served on the attorney(s) of record through the Court's ECF filing and notice system on May 23, 2008.

                                      Respectfully Submitted,

**By:**    /s/ *Michael I. Leonard*
           Michael I. Leonard