## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 - 1 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. NORMAN WIMBERLY | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion by Norman Wimberly to reset His Trial Date [69] is granted. Trial date set for 10/14/08 is stricken and reset to 12/1/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|