

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604
### www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:      Michael I. Leonard

FIRM:      Meckler Bulger Tilson Marick & Pearson LLP

STREET ADDRESS: 123 N. Wacker Drive, Suite 1800

CITY/STATE/ZIP:   Chicago, Illinois 60606

PHONE NUMBER:  (312) 474-7925

E-MAIL ADDRESS: michael.leonard@mbtlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 06207335

If you have previously filed an appearance with
this Court using a different name, enter that name:  Meckler, Bulger & Tilson LLP

## List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-CR-00055-1 | U.S. v. Wimberly | Ronald A. Guzman |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

s/ Michael I. Leonard                                                8/12/2008

Attorney's Signature                                              Date